PROB 12C
(7/93)

Report Date: July 12, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Pena  Case Number: 2:06CR02001-001
 2:06CR02146-001

Address of Offender: _ _

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/19/2006

Original Offense:  2:06CR02001-001
 Distribute and Receive Child Pornography, 18 U.S.C. § 2252A(a)(2)(A)

 2:06CR02146-001
 False Statement in Acquisition of a Firearm, 18 U.S.C. § 922(a)(6)

Original Sentence:  2:06CR02001-001   Type of Supervision: Supervised Release
 Prison - 69 Months
 TSR - 60 Months

 2:06CR02146-001
 Prison - 10 Months
 TSR - 36 Months

Asst. U.S. Attorney: Stephanie A. Whitaker  Date Supervision Commenced: 4/23/2013

Defense Attorney: Ulvar Klein  Date Supervision Expires: 4/22/2018

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs and plethysmographs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising probation officer and the treatment provider. You shall pay for treatment and testing according to your ability. |

Prob12C
Re: Pena, Juan
July 12, 2013
Page 2

**Supporting Evidence**: Mr. Pena has failed to participate in a sex offender treatment program as ordered by the Court as of July 11, 2013.

Mr. Pena was referred to Alliance Counseling for sex offender treatment. According to the assessment, Mr. Pena presented himself being not amenable to treatment based on the defendant minimizing his offense behavior, not taking responsibility, and lack of interest in treatment. Mr. Pena has also stated that further treatment would be a waste of time.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 12, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

7/15/13
Date